No. 02–1845. AETNA HEALTH INC., FKA AETNA U. S. HEALTH-CARE INC. ET AL. *v.* DAVILA; and

No. 03–83. CIGNA HEALTHCARE OF TEXAS, INC., DBA CIGNA CORP. *v.* CALAD ET AL. C. A. 5th Cir. Motion of American Association of Health Care Plans, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 307 F. 3d 298.

No. 02–1856. APPLIED COS., INC. *v.* RUMSFELD, SECRETARY OF DEFENSE. C. A. Fed. Cir. Certiorari denied.

No. 02–10947. COLWELL *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 03–22. TROUT ET AL. *v.* JOHNSON, ACTING SECRETARY OF THE NAVY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–48. BILTMORE FOREST BROADCASTING FM, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 03–103. WATTS *v.* BROWNLEE, ACTING SECRETARY OF THE ARMY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–111. TENNESSEE ET AL. *v.* DEPARTMENT OF TRANSPORTATION, RESEARCH AND SPECIAL PROGRAMS ADMINISTRATION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–114. SOUTH CAROLINA MEDICAL ASSN. ET AL. *v.* THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–116. COCHRAN, INDIVIDUALLY AND IN HIS CAPACITY AS THE CHIEF OF POLICE OF THE CITY OF EDMOND, OKLAHOMA *v.* BARNTHOUSE ET AL. Sup. Ct. Okla. Certiorari denied.